UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 06-CR-91 |
| | ) | |
| v. | ) | (JUDGE KANE) |
| | ) | |
| KENNETH BRITTON. | ) | (MAGISTRATE JUDGE SMYSER) |
| | ) | |
| Defendant. | ) | (ELECTRONICALLY FILED) |

## MOTION FOR THE COURT TO ISSUE A WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE, THE JUDGES OF SAID COURT:

**NOW COMES** Thomas A. Marino, United States Attorney in and for the Middle District of Pennsylvania, and would respectfully show the Court:

1. That there is now pending in this Court and undisposed of a certain criminal case charging the said **KENNETH BRITTON**.

2. That the said **KENNETH BRITTON**, is now in the custody of the Warden, Cumberland County Prison.

**WHEREFORE**, on behalf of the United States of America, the said Thomas A. Marino, United States Attorney, prays your Honorable Court to grant and issue a writ of habeas corpus and prosequendum to have the said **KENNETH BRITTON**, be brought before the United States District

Court for the Middle District of Pennsylvania at the United States Courthouse, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania for an Initial Appearance on                    2006, at        .m.

|  |  |
|---|---|
| By: | /s/ Gordon A.D. Zubrod |
|  | GORDON A.D. ZUBROD |
|  | ASSISTANT U.S. ATTORNEY |
|  | P.O. Box 11754 |
|  | Harrisburg, PA   17108-1754 |
|  | Phone: (717) 221-4482 |
|  | Fax: (717) 221-2246 |
|  | gordon.zubrod@usdoj.gov |
|  | PA20792 |